# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., | CASE NO. 1:07-cv-01360-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT TO CORRECT SPELLING OF LAST NAME |
| v. | |
| STATE OF CALIFORNIA, et al., | (Doc. 4) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO CHANGE COURT RECORD TO REFLECT CORRECT SPELLING OF PLAINTIFF'S LAST NAME |

 Plaintiff David Litmon, Jr. ("plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (Americans with Disabilities Act). On October 1, 2007, plaintiff filed an amended complaint and a motion seeking leave to amend to correct the spelling of his name from Limon to Litmon.

 Plaintiff's motion is HEREBY GRANTED. In addition, the Clerk's Office SHALL, prior to serving this order, change the court's record to reflect that plaintiff's name is David Litmon, Jr. rather then David Limon, Jr.

IT IS SO ORDERED.

Dated:  **October 3, 2007**     /s/ **Dennis L. Beck**
                 UNITED STATES MAGISTRATE JUDGE

1