UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., | 1:07-cv-01360-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT |
| vs. | |
| STATE OF CALIFORNIA, et al., | (DOCUMENT #15) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 21, 2008, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated: September 2, 2008        /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE