# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., | CASE NO. 1:07-cv-01360-OWW-GSA PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE, AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL BY PLAINTIFF |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | (Doc. 18) |

Plaintiff David Litmon, Jr. ("Plaintiff") is a former civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (Americans with Disabilities Act). On October 8, 2008, Plaintiff filed a notice of voluntary dismissal. "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

///
///
///
///

Accordingly, the Clerk of the Court is HEREBY ORDERED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  (Doc. 18.)

IT IS SO ORDERED.

**Dated:   October 19, 2008**                           /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE